IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Martha Velasco, | ) | Case No. 12-45147 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge Jacqueline P. Cox |
| | ) | |

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served electronically and/or via First Class U.S. mail, postage pre-paid, to the names and addresses listed on the attached Service List on the 18th day of April 2017, before the hour of 5:00 p.m.

/s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## SERVICE LIST

*Parties served electronically:*
United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

Adam Suchy
Nathan Curtis
Geraci Law L.L.C.
55 East Monroe St Suite #3400
Chicago, IL 60603

Capital One Bank
American Infosource, as Agent
email:POC_AIS@americaninfosource.com

Capital One, NA
c/o Becket & Lee
email: proofofclaim@becket-lee.com

T-Mobile/T-Mobile USA
American Infosource as Agent
email:POC_AIS@americaninfosource.com

Portfolio Recovery Associates, LLC
Successor to Capital One, NA
(HSBC Bank Nevada, N.A.)
Email: Bankruptcy_info@portfoliorecovery.com

*Parties served via U.S. First Class Mail*:
Martha Velasco
4943 W Columbus Drive, APT# 2B
Oak Lawn, IL 60453

Martha Velasco
5411 South Kilbourn Avenue
Chicago, IL 60632

Martha Velasco
4245 W. 55th Street, Floor 1
Chicago, IL 60632-4641

Capital One Auto Finance
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006

Joan Zanzola
Office General Counsel
US Dept. Of Health and Human Srvcs
233 N. Michigan Avenue, #700
Chicago, IL 60601

AXA Equitable
Attn: Bankruptcy Dept.
PO Box 4964
Syracuse, NY 13221-4964

CHLD/CBNA
Attn: Bankruptcy Dept.
PO Box 6497
Sioux Falls, SD 57117-6497

Capital One
Attn: Bankruptcy Dept.
PO Box 5253
Carol Stream, IL 60197-5253

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy Dept.
3901 Dallas Pkwy
Plano, TX 75093-7864

Clerk, First Municipal Div
Doc #12 M1 158846
50 W. Washington Street, Room 1001
Chicago, IL 60602-1316

Equifax
Attn: Bankruptcy Dept.
PO Box 740241
Atlanta, GA 30374-0241

Experian
Attn: Bankruptcy Dept.
PO Box 2002
Allen, TX 75013-2002

Fifth Third Bank
Attn: Bankruptcy Dept.
PO Box 17051
Baltimore, MD 21297-1051

GECRB/JCP
Attn: Bankruptcy Dept.
PO Box 981400
EL Paso, TX 79998-1400

GECRB/Old Navy
Attn: Bankruptcy Dept.
PO Box 981400
EL Paso, TX 79998-1400

GECRB/Walmart
Attn: Bankruptcy Dept.
PO Box 981400
EL Paso, TX 79998-1400

Kmart
Attn: Bankruptcy Dept.
PO Box 15521
Wilmington, DE 19850-5521

Kohls/Capone
Attn: Bankruptcy Dept.
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Louis A. Weinstock
20 N. Clark Street, Suite 2600
Chicago, IL 60602-5106

Navient Solutions, Inc.
220 Lasley Avenue
Wilkes-Barre, PA 18706

Sallie Mae
Attn: Bankruptcy Dept.
PO Box 9500
Wilkes-Barre, PA 18773-9500

Santander Consumer USA
Bankruptcy Department
8585 N. Stemmons Fwy
Dallas, TX 75247-3822

Springleaf Financial Services
PO Box 3251
Evansville, IN 47731-3251

Sunrise Credit Services, Inc.
Bankruptcy Department
PO Box 9100
Farmingdale, NY 11735-9100

T-Mobile
c/o Sunrise Credit Service
234 Airport Plaza Blvd. S
Farmingdale, NY 11735-3917

Transunion
Attn: Bankruptcy Dept.
PO Box 1000
Chester, PA 19022-1023

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   VELASCO, MARTHA | § | Case No. 12-45147-H |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 05/18/2017 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/18/2017        By:    /s/Eugene Crane
                                      Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: VELASCO, MARTHA | § Case No. 12-45147-H |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 35,379.23 |
| *and approved disbursements of* | $ | 126.52 |
| *leaving a balance on hand of* [1] | $ | 35,252.71 |
| **Balance on hand:** | $ | 35,252.71 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 35,252.71 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 4,287.92 | 0.00 | 4,287.92 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 4,761.00 | 0.00 | 4,761.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 99.90 | 0.00 | 99.90 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 9,148.82 |
| Remaining balance: | $ | 26,103.89 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $     0.00
Remaining balance: $    26,103.89

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $     0.00
Remaining balance: $    26,103.89

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,012.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 70.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Navient Solutions, Inc. | 33,959.65 | 0.00 | 23,950.80 |
| 2 | Capital One Bank (USA), N.A. | 1,420.94 | 0.00 | 1,002.15 |
| 3 | Capital One NA | 429.90 | 0.00 | 303.20 |
| 4 | American InfoSource LP as agent for | 312.48 | 0.00 | 220.38 |
| 5 | Portfolio Recovery Associates, LLC | 690.68 | 0.00 | 487.12 |
| 6 | Portfolio Recovery Associates, LLC | 198.85 | 0.00 | 140.24 |

Total to be paid for timely general unsecured claims: $    26,103.89
Remaining balance: $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $     0.00
Remaining balance:   $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $     0.00
Remaining balance:   $     0.00

Prepared By:  /s/EUGENE CRANE
                                Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**