**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: VELASCO, MARTHA                    § Case No. 12-45147-H
                                          §
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $13,982.00                    Assets Exempt: $19,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $26,103.89     Claims Discharged
                                                Without Payment: $13,599.61

Total Expenses of Administration: $9,275.34

---

   3) Total gross receipts of $ 35,379.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $35,379.23 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $25,322.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,275.34 | 9,275.34 | 9,275.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,783.00 | 37,012.50 | 37,012.50 | 26,103.89 |
| **TOTAL DISBURSEMENTS** | $58,105.00 | $46,287.84 | $46,287.84 | $35,379.23 |

4) This case was originally filed under Chapter 7 on November 14, 2012. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/13/2017     By: /s/EUGENE CRANE
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential PI Suit Attorney Christin | 1142-000 | 35,379.23 |
| **TOTAL GROSS RECEIPTS** | | **$35,379.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Capital One Auto Finance | 4110-000 | 20,321.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial Services | 4110-000 | 5,001.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$25,322.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - EUGENE CRANE | 2100-000 | N/A | 4,287.92 | 4,287.92 | 4,287.92 |
| Attorney for Trustee Fees (Trustee Firm) - Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 4,761.00 | 4,761.00 | 4,761.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 99.90 | 99.90 | 99.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.84 | 11.84 | 11.84 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.25 | 54.25 | 54.25 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 13.04 | 13.04 | 13.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.39 | 47.39 | 47.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$9,275.34** | **$9,275.34** | **$9,275.34** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Navient Solutions, Inc. | 7100-000 | 27,427.00 | 33,959.65 | 33,959.65 | 23,950.80 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 1,245.00 | 1,420.94 | 1,420.94 | 1,002.15 |
| 3 | Capital One NA | 7100-000 | 586.00 | 429.90 | 429.90 | 303.20 |
| 4 | American InfoSource LP as agent for | 7100-000 | 711.00 | 312.48 | 312.48 | 220.38 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 690.68 | 690.68 | 487.12 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 123.00 | 198.85 | 198.85 | 140.24 |
| NOTFILED | K Mart | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/Walmart | 7100-000 | 533.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/OLD NAVY | 7100-000 | 329.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CHLD/CBNA | 7100-000 | 305.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Santander Consumer USA Bankruptcy Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 557.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Capone | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| NOTFILED | AXA Equitable | 7100-000 | 83.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/JCP | 7100-000 | 526.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $32,783.00 | $37,012.50 | $37,012.50 | $26,103.89 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-45147-H  **Trustee:** (330350) EUGENE CRANE
**Case Name:** VELASCO, MARTHA  **Filed (f) or Converted (c):** 11/14/12 (f)
**§341(a) Meeting Date:** 01/08/13
**Period Ending:** 07/13/17  **Claims Bar Date:** 12/12/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with Chase<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Spring leaf Financial S - Personal Computer<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods; TV, DVD player, TV stand, stere<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Books, CD's, DVD's, Tapes/Records, Family Pictur<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel.<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Earrings, watch, costume jewelry<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Potential PI Suit  Attorney Christin<br>Imported from original petition Doc# 1 | 0.00 | 20,000.00 | | 35,379.23 | FA |
| 8 | 2011 Chevrolet Malibu Automobile<br>Imported from original petition Doc# 1 | 11,882.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets  Totals** (Excluding unknown values) | **$13,982.00** | **$20,000.00** | | **$35,379.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/17/2017: TFR filed with Court; Notice filed hearing on 05/18 (dk)

03/17/2017: TFR filed with USTO for review (dk)

11/29: Settlement approved by BK Court, and defense counsel; claim will go before the MDL Panel and be placed on payment order.  Could take 2-3 months to get the check per counsel (dk)

09/08: File initial report of assets (dk)

09/07: Prepare Motion to Approve Settlement, send to Settlement Alliance before filing (dk)

09/06: Special Counsel employed per Court Order (dk)

08/29: Filing MT Employ Special Counsel; Hearing on 09/06 (dk)

CHSW&C employed per Court Order

06/17:  Case Re-opened by USTO;  PI claim to be administered.  EC re-appointed as Trustee.

Will employ CHSW&C as counsel;  will employ special counsel (dk)

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-45147-H  
**Case Name:** VELASCO, MARTHA  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 11/14/12 (f)  
**§341(a) Meeting Date:** 01/08/13  

**Period Ending:** 07/13/17  
**Claims Bar Date:** 12/12/16  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2017  **Current Projected Date Of Final Report (TFR):** April 17, 2017 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-45147-H  
**Case Name:** VELASCO, MARTHA  
**Taxpayer ID #:** **-***0075  
**Period Ending:** 07/13/17  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/16 | {7} | 2014 AMS Qualified Settlement Fund | NET Settlement proceeds from PI claim class action per court order Nov. 9, 2016 | 1142-000 | 35,379.23 | | 35,379.23 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.84 | 35,367.39 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.25 | 35,313.14 |
| 02/03/17 | 101 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment; Bond no. 016073584 | 2300-000 | | 13.04 | 35,300.10 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.39 | 35,252.71 |
| 05/18/17 | 102 | EUGENE CRANE | Dividend paid 100.00% on $4,287.92, Trustee Compensation; Reference: | 2100-000 | | 4,287.92 | 30,964.79 |
| 05/18/17 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $4,761.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,761.00 | 26,203.79 |
| 05/18/17 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $99.90, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 99.90 | 26,103.89 |
| 05/18/17 | 105 | Navient Solutions, Inc. | Dividend paid 70.52% on $33,959.65; Claim# 1; Filed: $33,959.65; Reference: Account ending 5399 | 7100-000 | | 23,950.80 | 2,153.09 |
| 05/18/17 | 106 | Capital One Bank (USA), N.A. | Dividend paid 70.52% on $1,420.94; Claim# 2; Filed: $1,420.94; Reference:Account ending 1411 | 7100-000 | | 1,002.15 | 1,150.94 |
| 05/18/17 | 107 | Capital One NA | Dividend paid 70.52% on $429.90; Claim# 3; Filed: $429.90; Reference: Account ending 7030 | 7100-000 | | 303.20 | 847.74 |
| 05/18/17 | 108 | American InfoSource LP as agent for | Dividend paid 70.52% on $312.48; Claim# 4; Filed: $312.48; Reference: Account ending 6425 | 7100-000 | | 220.38 | 627.36 |
| 05/18/17 | 109 | Portfolio Recovery Associates, LLC | Dividend paid 70.52% on $690.68; Claim# 5; Filed: $690.68; Reference:Account ending 1643 | 7100-000 | | 487.12 | 140.24 |
| 05/18/17 | 110 | Portfolio Recovery Associates, LLC | Dividend paid 70.52% on $198.85; Claim# 6; Filed: $198.85; Reference: Account ending 6967 | 7100-000 | | 140.24 | 0.00 |
| | | | ACCOUNT TOTALS | | 35,379.23 | 35,379.23 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 35,379.23 | 35,379.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$35,379.23** | **$35,379.23** | |

{} Asset reference(s)

Printed: 07/13/2017 04:50 PM   V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 12-45147-H | **Trustee:** EUGENE CRANE (330350) |
| **Case Name:** VELASCO, MARTHA | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9266 - Checking Account |
| **Taxpayer ID #:** **-***0075 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 07/13/17 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 35,379.23

Net Estate : $35,379.23

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9266 | 35,379.23 | 35,379.23 | 0.00 |
| | $35,379.23 | $35,379.23 | $0.00 |

{} Asset reference(s)

Printed: 07/13/2017 04:50 PM    V.13.30